UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. ALCALA,<br><br>          Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br><br>          Defendant. | Case No.  13-cv-05344-JSC<br><br>**JUDGMENT** |

Having granted Plaintiff's Motion for Summary Judgment in part, and denied Defendant's Cross-Motion by Order filed August 20, 2014, the Court enters judgment and remands this case to the Commissioner of Social Security for further proceedings.

**IT IS SO ORDERED.**

Dated: August 20, 2014

                                                                      /s/ Jacqueline S. Corley
JACQUELINE SCOTT CORLEY
United States Magistrate Judge